# CASE ANNOUNCEMENTS

*October 31, 2008*

[Cite as *10/31/2008 Case Announcements,* 2008-Ohio-5610.]

## MOTION AND PROCEDURAL RULINGS

**2007–0558.  Wilborn v. Bank One Corp.**
Mahoning App. No. 04–MA–182, 2007-Ohio-596. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of appellee's motion to substitute the Federal Deposit Insurance Corporation, as receiver of Washington Mutual Bank, as appellee,

It is ordered by the court that the motion is granted.

**2008–1936.  Wellington v. Mahoning Cty. Bd. of Elections.**
In Prohibition. This cause came on for further consideration of the motion by amicus curiae, David P. Aey, for clarification in an expedited election case.

It is ordered by the court that the motion is denied.